**IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | |
| **POTTSVILLE OPERATIONS, *et al.*,**[1] | **Case No. 24-70418-JAD** |
| **Debtor,** | **Chapter 11** |
| | **(Jointly Administered)** |
| **POTTSVILLE LIQUIDATING TRUST, on behalf of the Debtors,** | **Adversary Proc. No. 26-07020-JAD** |
| **Plaintiff,** | |
| **v.** | |
| **PHASE THREE CAPITAL, LLC,** | |
| **Defendant.** | |

**CONSENT MOTION TO EXTEND TIME TO FILE A RESPONSE TO THE COMPLAINT**

**AND NOW**, Phase Three Capital, LLC (the "Defendant"), by and through its Counsel, Ryan J. Cooney, Paul R. Toigo, and the Cooney Law Offices LLC, files this Consent Motion to Extend Time to File a Response to the Complaint (the "Motion"):

1. On October 15, 2026, Pottsville Liquidating Trust filed a Complaint at Adversary Proceeding No. 26-07020-JAD (the "Complaint"). The Complaint included seven Counts and over sixty paragraphs.

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Pottsville Operations, LLC (9467); Pottsville Propco, LLC (8685); Hampton House Operations, LLC (8969); Hampton House Propco, LLC (7258); Kingston Operations, LLC (1787); Kingston Propco, LLC (8562); Williamsport North Operations, LLC (9927); Williamsport Propco, LLC (2039); Williamsport South Operations, LLC (0298); Yeadon Operations, LLC (9296); Yeadon Propco, LLC (5785); Bedrock Care, LLC (9115); Care Pavilion Operating, LLC (7149); Cliveden Operating LLC (6546); MAPA Operating LLC (3750); Maplewood Operating LLC (0850); Milton Operating LLC (5523); Parkhouse Operating LLC (0140); Tucker Operating LLC (4305); Watsontown Operating LLC (0236); York Operating (2751).

2. The Summons issued by the Court in this adversary proceeding provides that Defendant's Response to the Complaint is due on November 16, 2026. ECF No. 3.

3. Counsel was recently retained to represent the Defendant in the above-captioned adversary proceeding and also represents the following defendants in separate adversary proceedings pending as follows: Phase Three Capital, LLC (Adv. Proc. No. 26-07020-JAD), Comprehensive Care Solutions LLC (Adv. Proc. No. 26-07017-JAD), and SC & BP Services Inc. (Adv. Proc. No. 26-07019-JAD) (collectively, the "Related Defendants").

4. The Defendant and the Related Defendants are affiliated with insiders who entered into a settlement agreement with the Debtors and the Official Committee of Unsecured Creditors (the "Settlement Agreement").

5. Pursuant to the Settlement Agreement, the settling parties agreed to pay $750,000 within ten days after the effective date of the Settlement Agreement for the sole benefit of general unsecured creditors. In addition, the settling parties agreed to withdraw their objections to confirmation of the proposed liquidation plan, and the settling parties agreed to withdraw their claims and interests against the Debtors and their estates. In exchange, the Debtors, their estates, and the Committee agreed to release designated settling parties from claims and causes of action, including avoidance actions under Chapter 5 of the Bankruptcy Code, fraudulent transfer and preference claims, and claims for equitable subordination and recharacterization.

6. The Settlement Agreement was approved by Order of the Court on August 6, 2026 in the main bankruptcy case. *In re Pottsville Operations, LLC, et al.*, No. 24-70418-JAD, ECF No. 2360 (Bankr. W.D. Pa. Aug. 6, 2026).

7. Defendant's counsel requires time to evaluate the nature and extent of the claims and whether they are implicated by the terms of the Settlement Agreement. Additionally, counsel needs to time to request and review documentation from the Defendant and the Related Defendants in order to assess potential defenses, including but not limited to the ordinary course of business defense and new value defense, which are data dependent, and which will be a time-intensive process.

8. Accordingly, the Defendant requests an additional forty-five (45) days to respond to the Complaint.

9. No party will be prejudiced by the proposed extension.

10. Counsel for Pottsville Liquidating Trust consents to the proposed extension.

WHEREFORE, the Defendant respectfully requests that this Court enter the proposed Order filed with this Motion extending the time by which the Defendant is to file a Response by forty-five (45) days.

Respectfully submitted,

Date: November 12, 2026

*/s/ Ryan J. Cooney*

RYAN J. COONEY
PA I.D. #319213
Cooney Law Offices LLC
Counsel for the Defendant
223 Fourth Avenue, 4th Floor
Pittsburgh, PA 15222
(412) 546-1234 (phone)
(412) 546-1235 (facsimile)
rcooney@cooneylawyers.com

**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | |
| **POTTSVILLE OPERATIONS, *et al.*,** | **Case No. 24-70418-JAD** |
| **Debtor,** | **Chapter 11** |
| | **(Jointly Administered)** |
| **POTTSVILLE LIQUIDATING TRUST, on behalf of the Debtors,** | **Adversary Proc. No. 26-07020-JAD** |
| **Plaintiff,** | |
| **v.** | |
| **PHASE THREE CAPITAL, LLC,** | |
| **Defendant.** | |

**CERTIFICATE OF SERVICE**

I, Ryan J. Cooney, hereby certify that on the 12th day of November, 2026, a true and correct copy of the foregoing Consent Motion to Extend Time to File a Response to the Complaint was served upon the following (via electronic service):

Thomas D. Maxson
Dentons Cohen & Grigsby, P.C.
625 Liberty Avenue
Pittsburgh, PA 15222-3152
412-297-4706
thomas.maxson@dentons.com

Kyle D Smith
Dentons Bingham Greenebaum, LLP
1 City Center, Suite 11100
Portland, ME 04101
207-553-8368
kyle.d.smith@dentons.com

Date: November 12, 2026

*/s/ Ryan J. Cooney*
RYAN J. COONEY
PA I.D. #319213
Cooney Law Offices LLC
Counsel for the Defendant
223 Fourth Avenue, 4th Floor
Pittsburgh, PA 15222
(412) 546-1234 (phone)
(412) 546-1235 (facsimile)
rcooney@cooneylawyers.com